I would like to reserve a few minutes in which my argument for the public housing strategy is extremely highly interesting. Thank you very much. In this court, I think obviously the argument for and the argument against relative disappointments and conditionaries to compare it to is that no one is going to enter into a multi-million dollar business deal with a company that doesn't exist. And that's exactly what's happened in this particular case. I should note, though, that the corporation was a corporation of the lender, and it seems as though any corporation that you have ever seen or heard of actually exists in this case. I think, first, that you know that a company is a corporation. A company is a company. A company is a company. A company is a company. A company is a company. There were other opportunities that Vested had. Two years ago, some of them that we had during this period of time, one of which was the Nevada West deal. In the Nevada West deal, essentially, with the transfer of any office in Vested over to Nevada West for a property. Is that true? Obviously. As you say, it's one of them. I mean, just as you know. Wait until you get to the office, so I can get to the office. Is that true? I mean, it's one of them. We don't know what role that might play. Our position is, you know, you have to know that Vested exists. It's not that I'm pursuing it. I mean, Vested exists. I mean, you know what I mean. Thank you. In other words, you don't want to injure anybody, but you don't want to directly harm some people who are being able to be able to move into the local neighborhood. I think it depends who the person we want to walk with. I think it depends on everything that we want to walk with, and in this particular setting, it's essentially a corporate marriage between businesses. So, you know, we cooperate with a couple of businesses in the neighborhood, right, because it seems to me that if you build a corporation, and I'm in this professional-level corporation, it seems to me that it's the basics of the game that are pretty good. You say, oh, well, see, the corporation is going to see all the engineers around here. Because it goes back to this corporate marriage thing. I mean, I'm not saying that these employees are going to be business partners in the game. It's like a marriage. And if you don't have the trust in those parties, then you won't get through. If you have some firm offer on the table, then you're going to lose as well as other opportunities that are out there for them to go and settle decisions. The problem here goes even further than the initial representation that was false. It's our position, I think, that we are going to have to identify the facts of the complaint, essentially, that this failure to cooperate was hidden over a period of 16 months. And so not only do we have to lose the last opportunity for those other developments or those other possible offerings, but here's what I'm talking about. So, the reason this is a marriage is because of the failure to cooperate and the fact that there's a corporation that's representing those things too. It's for itself, because, well, these aren't the crimes. There are the crimes. That is correct. But all of that is going to take place. Well, at the same time, these are the cases for many agencies. Well, what services do agencies have to do with the loss of the opportunity to prove? I think that's fair, I do think that's fair. Each of those loss of opportunity is a election complaint and an election requirement. Of course, one of the terms in there is your opportunity. One of the questions from the comments is, are you prepared to sit with your approval of the opportunity for a trial? At this time, we're still working with agencies in the United States. How do you know that you are part of an incorporation? You will not have included you, and you would have interpreted you as a community member. Yes, and are you also prepared to produce evidence that you require or that you have served in or in some kind of a community? Or what are the basis of your diagnosis that you're going to be incorporated as well? Let me back up just a moment here. We would not have done the deal having that sort of a large value point, and that's an issue that ultimately has to be taken as true or posed as completely at ease with loss, and that is the same here. You know, discovering the question of those issues and the abilities and the ability to have an opportunity to challenge and assertion, and that's essentially what it is. I'm trying to make the distinction. I don't have a question, but it was a very specific. To me, there's two possibilities here. Either your client specifically inquired about whether or not you served in a community, and the second possibility is, what support have you received specifically to support what you're currently doing? And how have you seen yourself as an organization? I think there's two different answers. I understand, and I think the answer to your question, I don't believe it was a specific attempt to confirm that the HIE had been formed at the time the person who served in our unit was executed. But what the client did was rely upon the representations in the state and the persons that served in our unit. And I think what my point was, under and above it was, oh, but it relies on an interview report by the HIE. Right? Yes. Now, one way to deal with those other issues is not to take a complaint or bring it in. It is. It is. Many, many, many, many, many, many, many,     many, many,    You easily identified those two problems. They both are investments in the employees, but we are the actual representatives of the company, and the HIE was always the one handling those problems.  trying to did us so badly, and at the same time, they have not done the right thing. And the person who said, I agree with myself, because for five years, I've been a system. I've done some of the engineering, and I've done some of the development, but that's not the right thing. And I think that's a lot of the right cooperation. I do believe that they were seeing issues that we're talking about, and they were leading to issues of others, because in the middle sense, it's representation made regarding the Henderson We didn't have the knowledge. If that institute didn't exist, our position is, had we known, we would have walked away, and there were a lot more opportunities. We're speaking to employees we're aware of, that we would have gone with. Yes, that's right. No, it was a different case. I mean, I didn't grow up near the Nevada West Indies, the Strait Straits, where I'm from. So, it's a park. And so, that's what we were seeing. Under this scenario, in the middle of $1.4 million, there were other opportunities, and whether we at least knew of those other opportunities, I don't believe that that's a question, but there were other opportunities. Our partners are, when you say states, it's the state, it's HMD, it's not, in fact, a corporate. It's a corporation. You can go to Mississippi, you can go to Florida, you can go to Seattle, you can go to Dallas. And so, the bargain for us, a few years later, here comes a little bit of an outage, and we don't have that anymore. So, that's the bargain, and I think there's a big impact on the general public. So, that's the scenario. That's the scenario, I think, that there is a significant opportunity to get some of that money and to have some additional funds in addition to the important opportunity of another developer. One client said, we can make $300,000 worth of development costs after the GSA was executed in anticipation that a new project would be placed, that a new building would be built on the particular site. And again, the agency that we're looking for is to diversify its funding at some value, $100,000 or $700,000, and then to add additional funds to the outcomes that we had in a five-year or 20-year strategic project. So, it's just a way to actually inject their current needs and all kinds of funds to whether it's materials that are going to be able to be incorporated into the community. So, we're looking for absolutely that material. If it comes to substance, absolutely, we would not have to even think about it because we know that H-P-B was not incorporated. That is less than a point. And as you know, we heard none of that earlier today in discussion about materiality, and you're exactly right. The formation of H-P-B or the non-formation of H-P-B was a material at times in the 60s, a virtual event in the 80s, 60s, and also in the 70s were anticipated to go into business in a multi-million dollar project. And so, we were lost. We lost the opportunity to look at the material that H-P-B was going to use with new assets and new standards by virtue of their failure to meet the requirements that H-P-B needed or that H-P-B needed to meet those requirements. I have a paragraph for you. And it states that H-P-B did not exist at the time the agreement was signed. VHG would not have signed the agreement would have sold its position to CloudOS or some other developer where it fell into the property of some other company. And most of those allocations aren't in the agreement. I also want to note, just briefly, with regard to why we're here now, it was obviously based upon the Hushman's concerns. The issues that Judge Jones addressed in this order were not addressed in the Hushman's concerns. None of the parties argued that this is important. The arguments that were raised were such that H-P-B's failure to specify the property of H-P-B was the result of H-P-B committing to the service of a conspiracy when those were the arguments addressed in the motion to the suits. We did not have an opportunity to address the issues that Judge Jones obviously threw into the debate in rendering his decisions persuasive. He used the oral argument on this and that was ultimately accepted. But I think what's clear is that he allegations that people have done something else are plausible. There are fantastic ex-Judge Jones statements in this order that show things in text form. So, we're looking for a person who can answer those things. Thank you. Thank you. Thank you. All right. There is a motion to adjourn. So, we are adjourned. Thank you. Thank you. Thank you. Thank you. Thank you. I'm going to be talking about how to get your own voice in software. And so, he did a response where he said, I'm sending out to a letter of assistance, which the parties signed, giving the evidence the exclusive right to work with the parties that they work with to do the agreements that are secured. So, that is the place to find an ad hoc offer and to know if your letter of assistance is going to be a strong letter of assistance, because there are so many, so many different types of letters. And where should the letter of assistance be? So, I think there are different types of letters, but no matter where you get your letter of assistance, he said, the most important thing, he said, a letter of assistance is not only spoken by a person, but by a person. It may be a letter that's independent of you, not because you're not achieving accessibility, but a letter that's independent of you. And when it comes to the letter of assistance issue, it's not a corporation. It's not a CEO. It's not anybody that you know at all. They're saying, you know, all of these people are basically in charge of our trust. We can speak to them as a manager. How do we know that these are acceptable letters of assistance? Let's see if that makes sense. Let's see if that makes sense. Let's see if that makes sense. And then if you are a person, and you find out that you're a person, what do we know about that person? It's already committed by the letter of intent, and the letter of intent doesn't include any allegations of persecution. It never is mentioned in the article or avoided in any way. So, I think as far as I can see, this doesn't talk about the decision to post-mortem or the reason to post-mortem. It doesn't talk about how high the office rate really is. Okay. Okay. Okay. Okay. All right. So what we're going to do is we're going to continue to work on, of course, the data language. It's so socially and so ethosically false. And so, of course, the core message of our research is representation from people's different experiences, not just from their children, but from their peers with respect to the counseling. So we moved on those things. So we have alternative routes. For everything we moved on, I think, of course, we started with the data language. And I'm going to turn it around. So I'm going to use a discussion for a really quick one. And I'm going to find it on my phone. And I'm going to turn it around. And I'm also going to put this into a form. And I'm going to show it to them as a response. So basically, we're going to find a definition of continuous and recursive. So in this case, we're going to take the equation of this function. And we're going to take the sequence of successive kids. So I'm going to say, one of those kids is going to be a child. And I'm going to say, if that's true, then I'm going to take the function of the second kid. Well, I think it's a really good question. But I think the answer is yes. We have the objective of serving two types of patients. And then we're going to teach them the sphere of specificity and similarity. What's the best way to do that? And the best way to do that is to put it into a form. And then we're going to say, well, we're going to use this recursive data. Well, I think it's a good question. It's a really good question. So the question is, can we use recursive data in school? I think what we can do is we can utilize the teacher's experience and knowledge. And we also mentioned in the previous quarter, this volume two, to promote certain matters of public record, which would be really smart. I think it's probably allowed to do it. Now, I can say that every district church seeing this will do the same thing. So I'm not asking for a total rule. I want this to be a situation where the district can do it. But that would be in a specific instance where the teacher's order is actually the basis for the change that is the patient's experience and knowledge, not the teacher's experience and knowledge. Thank you. Is this going to go forward? Do we have a jury for that question? I don't think so. I don't think so. I don't think so. I don't know. I mean, I don't necessarily know. So I don't know. I mean, it's something that we can do. Okay. I just want to make a comment. There is a transformation happening. And I disagree with that. I don't think it's a choice. It's not just a choice. It's not what we should be doing. Now, there is change in this. It's going to be allowed for the current school board to take control of what's going on. And I think that's just a huge and a large crash. I don't know if that's what it is. I think it's a huge change. So I think it's going to be a great opportunity to make sure that the changes are being made and that they're being made well. The patient was the order and then they were just made to do. And that's nice. I think it's a huge thing. I think it's great. And I think that's just what it is now. I think that the whole point is that we are not going to just recreate the altered grounds of the group of hospitals that people are just dredging. Because when you just dredge the money, you need to be a small, well-purchased group. And we need to be a small, well-purchased group as an independent state government. And as a piece. So, we have just recently, at the height of the emergency, so there's going to be a bunch of different categories, and even as far as what we're trying to do, we're trying to figure out what's going to be the most important. And we're actually going to be talking about these three factors, which may be things that we're going to be talking about. And the bottom is scarcity claim, which can be a race against uncertainty. So, you can't just use scarcity claim. Uncertainty is a series of subsidiaries, which all of the entities here are subsidiaries of the L.A. State Personal Insurance Company. And it has one form of financing. So, if you have a certain reputation, it's going to be a great way to support you there. But it can be kind of complex as to who's going to choose if you're selecting yourself or you're choosing yourself. And then there's representation claim, which is kind of a race against uncertainty. So, you're choosing yourself. So, this was later than September 2009 when the plan was removed. The underwriters have been in years to go for it. And that's why you have to plead. As you heard earlier today, they do not think that the state is being used in the course of various jurisdictions and the inter-university of the West and P.O.S. states, seeking out firms of H.G.B. In doing so, they were on the hook. The program is set up by H.G.B. And that's the end of the day. Today, we're going to be focusing on the A-level. H.G.B., as you may remember, was the L.A. State's wide-spread and diverse and various students who came in and applied for H.G.B. And H.G.B. actually follows H.G.B., So, my question to you, sir, what was the relevance to the H.G.B. and the new operations of the H.G.B. There are two things. And the first thing is that H.G.B. is a smaller and broader organization than H.G.B., because that's the number of statutes. H.G.B. holds more than H.G.B. And H.G.B. is not a comprehensive tool. And that's one of the main reasons that H.G.B. is a comprehensive tool. The second thing is that H.G.B. is a structured tool. But H.G.B. operates more based on their role models. And that's the active school jurisdiction, a virtual background, and the option for members of the other secretaries. One thing that H.G.B. only puts in its pocket is the IEP pre-entry number, the pre-application record, and also the date of the operation. So, J.M., for H.G.B., the IEP number is page 290. And J.M. for H.G.B., the IEP number is page 290. And J.M. for H.G.B., the IEP number is page 290. So, J.M. in September of 2010, then in May of 2011,  and in May of 2012, and in May of 2013, H.G.B. is still in use now. If you have any questions about H.G.B. Thank you very much. That's H.G.B. for H.G.B. for H.G.B. Thank you. I think it's important to see that all of these depend on key terms in the initial case that was set up in H.G.B. versus J.M. In this order, H.G.B. was developed for H.G.B. specifically when the person's disability did not exist, and in turn, the person's disability came after H.G.B. was set up. It's hard to say. It never would have entered into the purchase agreement. Obviously, the purchase and sale agreement was not entered into. But, you know, it's not making any difference. It's just a question of whether or not H.G.B. is the right person for H.G.B. That's a very important thing for H.G.B. for H.G.B. in the corporation that H.G.B. is in, right? No, that's the question, because when H.G.B. enters into a contract, it's a question of whether H.G.B. had been incorporated, whether it had been incorporated, as well as whether or where it was existing or whether or where it exists as such. But specifically, that's a point that I'm not going to teach you with regards to the statute of limitations. The statute of limitations is generally a question that we argue about the applicable statute of limitations. There's a number of cases where our position is that all of the statutes of limitations, in this case, are four years, with the exception of fraud, and fraud is at least another three years. So, that's obviously important. And then, finally, as far as the purchase agreement, the loan purchase agreement doesn't have any exclusions to the purchase. The exclusions, I mentioned first, is that there are no exclusions. There are four years, with the exception of fraud, so it's three years for this reason. They all pass through our agreement. And then, finally, I just wanted to make a quick point about the importance of the loan purchase agreement. It's very useful, and it's extremely important, and it's something that we need to think about as we move forward.
judges: Tashima, W. Fletcher, Bastian